ELECTRONICALLY FILED
2026 Mar 05 AM 10:21
CLERK OF THE ELLIS COUNTY DISTRICT COURT
CASE NUMBER: EL-2025-CV-000143
PII COMPLIANT

PLAINTIFF'S EXHIBIT
2

**Court:** Ellis County District Court

**Case Number:** EL-2025-CV-000143

**Case Title:** State of Kansas, ex rel. Attorney General vs. Rodney Rippe, et al

**Type:** ORD: Judgment Journal Entry of Default Judgment Against Defendant Straight Line Remodeling, LLC

SO ORDERED,

/s/ Honorable Curtis Brown, District Court Judge

**IN THE DISTRICT COURT OF ELLIS COUNTY, KANSAS**

| | |
|---|---|
| **STATE OF KANSAS,** ***ex rel.*** **KRIS W. KOBACH, Attorney General,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| **RODNEY RIPPE, an individual;** | ) **Case No. : EL-2025-CV-000143** |
| **and** | ) |
| **STRAIGHT LINE REMODELING, LLC, a Kansas for profit limited liability company,** | ) |
| **Defendants.** | ) |

**(Pursuant to K.S.A. Chapter 60)**

**JOURNAL ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT STRAIGHT LINE REMODELING, LLC**

This Order is effective as of the date and time reflected on the electronic file stamp. On this date the Plaintiff's Motion for Default Judgment Against Defendant Straight Line Remodeling, LLC, was considered by the Court. The Plaintiff appeared by and through Assistant Attorney General, Paul Shipp. The Defendant Straight Line Remodeling, LLC, failed to appear.

The Court, after reviewing the file and the Motion, finds as follows:

1. Plaintiff filed its Petition on December 17, 2025.
2. Service was properly made upon Straight Line Remodeling, LLC on December 23, 2025.
3. Defendant Straight Line Remodeling, LLC is a business entity and may only appear in this Court through a licensed attorney. *Atchison Homeless Shelters, Inc. v. County of Atchison*, 24 Kan. App. 2d 454 (1997).

4. No licensed attorney has entered an appearance for the LLC. The "Answer" filed by Rodney Rippe on January 12, 2026, is a nullity as to the LLC.
5. Defendant Straight Line Remodeling, LLC is in default and the allegations in the Petition are deemed admitted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

A. Defendant's acts and practices, as alleged in the Petition, are declared to be in violation of the Kansas Consumer Protection Act (KCPA).

B. Defendant, Straight Line Remodeling, LLC, its officers, directors, and agents are permanently enjoined from engaging in consumer transactions in the State of Kansas.

C. Judgment is entered against the Defendant, Straight Line Remodeling, LLC, for consumer restitution in the total amount of $1,883,515.60, distributed as follows:

   1. J.T. and A.T., husband and wife, in the amount of $799,010.14.
   2. S.T. and T.T., husband and wife, in the amount of $234,883.18.
   3. S.C., in the amount of $560,539.55.
   4. K.K. and K.K., husband and wife, in the amount of $132,951.99.
   5. T.F., in the amount of $13,319.20.
   6. J.D., in the amount of $16,941.23.
   7. D.S. and S.S., husband and wife, in the amount of $25,870.31.
   8. L.D., in the amount of $100,000.00.

D. Judgment is entered against the Defendant, Straight Line Remodeling, LLC, for civil penalties in the aggregate amount of $420,000.00.

E. Judgment is entered against Defendant, Straight Line Remodeling, LLC, for enhanced civil penalties in the aggregate amount of $60,000.00.

F. Judgment is entered against Defendant, Straight Line Remodeling, LLC, for investigative fees and expenses in the amount of $20,000.00.

**IT IS SO ORDERED.**

Electronically reviewed and approved by,
The Honorable Curtis Brown
Chief Judge

Prepared by,

/s/ Paul Shipp

Paul Shipp, #20263
Assistant Attorney General
Office of the Attorney General
Public Protection Division
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Tel: 785-296-3751
Fax: 785-291-3699
paul.shipp@ag.ks.gov
Attorney for Plaintiff