**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| IN RE: RODNEY ALAN RIPPE KATELYN JO RIPPE Debtor(s) | ) ) ) ) | Case No. 26-10671 Chapter 7 |

**NOTICE OF AMENDMENT TO SCHEDULE D, E, F, G OR H (ADDITION OF CREDITORS)**

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor's full Social Security Number.

| **Creditor Name/Address** | **Basis of Claim** | **Amount of Claim** |
|---|---|---|
| Breakthrough PT & Wellness LLC<br>208 Marc Wagner Dr<br>Victoria, KS 67671 | Business Goods and Services | $175,000.00 |

- This claim has been scheduled as: **General Unsecured**
- Original Deadline for filing proofs of claim: none at this time
- Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523, 727: September 8, 2026 **or** ☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Applicable provision(s) below:**

- This is a chapter 7 case.
- This is a no-asset case. It is unnecessary to file a claim now. If it is determined that there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

Respectfully Submitted:
PRELLE ERON & BAILEY, P.A.
Attorney for Debtors

*s/ January M. Bailey*

January M. Bailey, #23926
301 N Main St Ste 2000
Wichita, KS 67202-4820
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

Certificate of Service: I certify that the above notice and separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail on September 1, 2026.

By: *s/ January M. Bailey*
January M. Bailey

Fill in this information to identify your case:

Debtor 1 **Rodney** **Alan** **Rippe**
First Name Middle Name Last Name

Debtor 2 (Spouse, if filing) **Katelyn** **Jo** **Rippe**
First Name Middle Name Last Name

United States Bankruptcy Court for the: District of **Kansas**

Case number (if known) **26-10671**

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.
☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

4.1 **Breakthrough PT & Wellness LLC**
Nonpriority Creditor's Name
**208 Marc Wagner Dr**
Number Street

**Victoria, KS 67671**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**$175,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**

☑ No
☐ Yes

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | | $0.00 |

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + | $175,000.00 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | | $175,000.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Rodney** | **Alan** | **Rippe** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Katelyn** | **Jo** | **Rippe** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Kansas**

Case number (if known) **26-10671**

❑ Check if this is an amended filing

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

❑ Yes. Name of person ______________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ **/s/ Rodney Alan Ripple**

Rodney Alan Rippe, Debtor 1

Date **09/01/2026**
MM/ DD/ YYYY

✗ **/s/ Katelyn Jo Rippe**

Katelyn Jo Rippe, Debtor 2

Date **09/01/2026**
MM/ DD/ YYYY